UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In the Matter of the Search of: | No. 20 M 268 |
| The LinkedIn account LINKEDIN.COM/IN/YUNXING-SONG-PH-D-A902B187, further described in Attachment A | Judge Gary S. Feinerman **UNDER SEAL** |

### GOVERNMENT'S MOTION TO CONTINUE SEAL ON SEARCH WARRANT, APPLICATION, AND AFFIDAVIT

Now comes the UNITED STATES OF AMERICA, by JOHN R. LAUSCH, JR., United States Attorney for the Northern District of Illinois, and states as follows in support of its Motion to Continue Seal on Search Warrant, Application, and Affidavit:

1. On or about May 22, 2020, the government applied for, and the Court issued, a warrant to search LinkedIn account described in Attachment A (the **Subject Account**).

2. The government's Application and Affidavit in support of the Search Warrant detailed the facts supporting probable cause to believe that evidence and fruits concerning conspiracy to steal trade secrets, in violation of Title 18, United States Code, Section 1832, would be found in the Subject Account.

2. Also on or about May 22, 2020, this Court granted the government's Motion to Seal Search Warrant, Application, and Affidavit for a period of 180 days, until November 18, 2020. Subsequently, the Court has granted additional motions to extend the seal, which is currently set to expire on May 11, 2022.

3. The government's investigation has continued since the execution of the

Search Warrant, and disclosure of the Search Warrant, Application, and Affidavit would jeopardize the investigation by providing the subjects of the investigation an opportunity to destroy evidence or flee and jeopardize the investigation by disclosing the details of facts known to investigators, the identities of witnesses, and the investigative strategy. For example, the government is continuing to gather information from the victim company, including through additional potential witness interviews.

4. For the foregoing reasons, the government respectfully requests that the Search Warrant, Application, and Affidavit be sealed for an additional 180 days, from, May 11, 2022 through and until November 7, 2022, or until further Order of the Court, except as necessary to facilitate the enforcement of criminal law.

Respectfully submitted,

JOHN R. LAUSCH, JR.
United States Attorney

By: /s/ *Vikas Didwania*
VIKAS DIDWANIA
Assistant United States Attorney
Northern District of Illinois
(312) 353-8898

Dated: May 9, 2022